# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. DOUGHERTY and ANARGYROS KEREAKES, individually and on behalf of other similarly situated members of the Chicago Police Department, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 15 CV 10975 |
| vs. | ) ) | Judge Charles P. Kocoras |
| CITY OF CHICAGO, an Illinois Municipal Corporation, | ) ) ) ) | Magistrate Judge Beth W. Jantz |
| Defendant. | ) | Jury Demanded |

**PLAINTIFFS' RESPONSES TO REQUESTS TO ADMIT**

OBJECTION: In paragraphs 6, 8, 10, 12, 14, 15, 17, 19, 20, 21, 22 and 23, the City of Chicago refers to the programs that are the subject of this lawsuit using the words "Special Employment." Special Employment is a term of art and Section 16.2 of the FOP CBA is entitled "Special Employment." The program work that is the subject of this lawsuit is not covered by Section 16.2 and is not "Special Employment" as the term is defined in the FOP CBA and understood between the parties. Hence, Plaintiffs object to the use of this potentially confusing terminology and request that the programs be referred to as "case-related programs" or the terminology used by CPD, which is "Voluntary Special Work Opportunities." ("VSWOs"). If any of the above-referenced requests are in fact referring Section 16.2 Special Employment, they are denied in total.

REQUEST NO. 1:

The non-FLSA overtime compensation paid to sworn members for hours worked as an extension of or beyond a scheduled shift or tour of duty in a police period is excludable from the FLSA "regular rate" and creditable toward FLSA overtime compensation due pursuant to 29 U.S.C. §§ 207(e) and (h).

RESPONSE: Denied.

REQUEST NO. 2:

The additional premium compensation paid to sworn members for hours worked on a designated holiday in a police period (Sections 11.1 and 11.2 of the Police Officers' CBA,

Sergeants' CBA, and Lieutenants' CBA) is excludable from the FLSA "regular rate" and is creditable toward FLSA overtime compensation due pursuant to 29 U.S.C. 207(e) and (h).

    RESPONSE:   Denied.

REQUEST NO. 3:

    The non-FLSA overtime compensation paid to sworn members for hours worked in excess of the sworn member's normal working hours or regular working hours in a police cycle is excludable from the FLSA "regular rate" and is creditable toward FLSA overtime compensation due pursuant to 29 U.S.C. 207(e) and (h).

    RESPONSE:   Denied.

REQUEST NO. 4:

    Sergeants/Lieutenants are not entitled to receive more than one Rank Credit (a single credit of .75 hours (or previously 0.5) of compensatory time) on any calendar day.

    RESPONSE:   Admitted.

REQUEST NO. 5:

    The 2007 Time and Attendance Card ("T/A Card") for John Gartner (Employee No. 000350) shows that he received Rank Credit for August 24, 2007.

    RESPONSE:   August 24, 2007, was a regularly scheduled workday for John Gartner and the TA card indicates that he worked the scheduled day and received a rank credit. Admitted.

REQUEST NO. 6:

    On August 24, 2007, John Gartner (Employee No. 000350) participated in a Special Employment Voluntary Overtime Program referred to as Dan Ryan North.

    RESPONSE:   Records produced by the City indicate that Gartner did work the 5-hour program known as Dan Ryan North on August 27, 2007. Admitted.

REQUEST NO. 7:

    The 2017 T/A Card for John Gartner (Employee No. 000350) shows that he received Rank Credit for March 30, 2017.

    RESPONSE:   Admitted.

REQUEST NO. 8:

  On March 30, 2017, John Gartner (Employee No. 000350) participated in a Special Employment Voluntary Overtime Program referred to as VRI Supplemental.

  RESPONSE: Denied. Records produced by the City indicate that Gartner worked "VRI – Supervisor Supplemental" on that date, which is a different program.

REQUEST NO. 9:

  The 2007 T/A Card for Laura Blum (Employee No. 009306) shows that she received Rank Credit for January 5, 8, 12, 19, and 22, 2007, February 5, 14, 16 and 23, 2007, and March 2, 12, 19, 26 and 30, 2007.

  RESPONSE: The aforementioned days were all regularly scheduled workdays for Laura Blum and the TA card indicates that she worked the scheduled days and received a rank credit. Admitted.

REQUEST NO. 10:

  On January 5, 8, 12, 19, and 22, 2007, February 5, 14, 16 and 23, 2007, and March 2, 12, 19, 26 and 30, 2007, Laura Blum (Employee No. 009306) participated in a Special Employment Voluntary Overtime Program referred to as Dan Ryan South.

RESPONSE: Records produced by the City indicate that Blum worked the 5-hour program known as Dan Ryan North in addition to her regularly scheduled workday on the aforementioned days. Admitted.

REQUEST NO. 11:

  The 2008 T/A Card for Donald Koplitz (Employee No. 058184) shows that he received Rank Credit for January 8 and 9, 2008, February 5 and 13, 2008, March 25, 2008, April 2 and 10, 2008, May 5 and 30, 2008, and June 3 and 10, 2008.

  RESPONSE: Admitted.

REQUEST NO. 12:

  On January 8 and 9, 2008, February 5 and 13, 2008, March 25, 2008, April 2 and 10, 2008, May 5 and 30, 2008, and June 3 and 10, 2008, Donald Koplitz (Employee No. 058184) participated in a Special Employment Voluntary Overtime Program referred to as Students First Safety Project.

  RESPONSE: Denied. However, of the 11 dates, Donald Koplitz did work the 4-hour Students First Safety Project on 10 of them. Koplitz did not work the Students First Safety Project on May 30, 2008.

REQUEST NO. 13:

The 2008 T/A Card for Donald Koplitz (Employee No. 058184) shows that he received Rank Credit for May 30, 2008.

RESPONSE: Admitted.

REQUEST NO. 14:

On May 30, 2008, Donald Koplitz (Employee No. 058184) participated in a Special Employment Voluntary Overtime Program referred to as the Students First Safety Project.

RESPONSE: Denied.

REQUEST NO. 15:

The 2008 T/A Card for Donald Koplitz (Employee No. 058184) records the amount of hours Koplitz worked in a Special Employment Voluntary Overtime Program referred to as the Students First Safety Project on May 30, 2008.

RESPONSE: Denied.

REQUEST NO. 16:

The 2011 T/A Card for Donald Koplitz (Employee No. 058184) shows that he received Rank Credit for January 20, 2011.

RESPONSE: Admitted.

REQUEST NO. 17:

On January 20, 2011, Donald Koplitz (Employee No. 058184) participated in a Special Employment Voluntary Overtime Program referred to as Transit Surge Initiative.

RESPONSE: Denied. City records produced for that date indicate that Koplitz worked a program known as "Transit Surge Initiative Team 4 hours" on the date in question.

REQUEST NO. 18:

The 2014 T/A Card for Alejandro Silva (Employee No. 035738) shows that he received Rank Credit for February 15, 2014.

RESPONSE: Admitted.

REQUEST NO. 19:

      On February 15, 2014, Alejandro Silva (Employee No. 035738) participated in a Special Employment Voluntary Overtime Program referred to as VRI.

      RESPONSE:   Admitted.

REQUEST NO. 20:

      The 2014 T/A Card for Alejandro Silva (Employee No. 035738) records the amount of hours Silva worked in a Special Employment Voluntary Overtime Program referred to as VRI on February 15, 2014.

      RESPONSE:   Denied.

REQUEST NO. 21:

      There are occasions where Special Employment Voluntary Overtime Programs were recorded on the Time and Attendance Cards prior to February 2016.

      RESPONSE:   Denied

REQUEST NO. 22:

      There are occasions where Special Employment Voluntary Overtime Programs were recorded on the Time and Attendance Cards after February 2016.

      RESPONSE:   Admitted. Beginning February 1, 2016, the City changed the method of recording program hours to include them on TA cards. That change was made in response to this lawsuit.

REQUEST NO. 23:

      There are occasions when a sworn member received Rank Credit on days that they also worked a Special Employment Voluntary Overtime Program.

      RESPONSE:   Admitted, but this admission is limited to an unknown number of occasions in the Traffic Unit and is based on deposition testimony given by Traffic Unit supervisors as plaintiffs have not yet received Traffic program records from the City. Plaintiffs additionally admit that that are occasions where sworn members received rank credit on days when program work is also performed, but only when the program worked is less than a tour of duty; *i.e.*, 4 or 5 hours and a regularly scheduled tour was worked on the same day. Outside of the Traffic Unit, plaintiffs are unaware of rank credit being issued for any eight-hour program such as VRI.

November 22, 2022                                                    *s/Paul D. Geiger*
                                                                             PAUL D. GEIGER

Law Offices of Paul D. Geiger
540 W. Frontage Road
Suite 3020
Northfield, Illinois 60093
(773) 410-0841

# CERTIFICATE OF SERVICE

      Paul D. Geiger, an attorney, hereby certifies that on November 22, 2022, he caused Plaintiffs' Responses to Defendant's Request for Admissions on Damages in the above-captioned matter to be served on the defendant, CITY OF CHICAGO, by e-mail to:

Jennifer A. Naber
jnaber@lanermuchin.com
Matthew P. Kellam
mkellam@lanermuchin.com
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654

                                              *s/Paul D. Geiger*
                                              PAUL D. GEIGER