# EXHIBIT F

**From:** Will Aitchison <will@pslglawyers.com>
**Sent:** Wednesday, February 8, 2023 8:49 PM
**To:** Kellam, Matt <mkellam@lanermuchin.com>; Ronald Dahms <rdahmslaw@gmail.com>; Naber, Jennifer <jnaber@lanermuchin.com>
**Cc:** Paul Geiger <pauldgeiger@gmail.com>
**Subject:** RE: Dougherty - Plaintiffs' Supplemental Responses to RTAs

**EXTERNAL SENDER**

Matt,

We'd be willing to agree to the extension you request, but with the following sentence included: "The City has not begun the production of the T&A Cards, and the parties are awaiting the Court's ruling on the issues briefed by the parties on November 1 and December 8, 2022."

If this is acceptable, please feel free to file the request with the Court.

February 15 works best for us for a meet-and-confer. We'd suggest 1:00 p.m. CST. As to your "standing firm" question, if we are to have another meet-and-confer, we should discuss then any remaining issues the City has with Plaintiffs' discovery responses.

Regards,

Will Aitchison


**From:** Kellam, Matt <mkellam@lanermuchin.com>
**Sent:** Wednesday, February 8, 2023 3:26 PM
**To:** Ronald Dahms <rdahmslaw@gmail.com>; Naber, Jennifer <jnaber@lanermuchin.com>
**Cc:** Paul Geiger <pauldgeiger@gmail.com>; Will Aitchison <will@pslglawyers.com>
**Subject:** RE: Dougherty - Plaintiffs' Supplemental Responses to RTAs

Counsel,

We received Plaintiffs' supplemental responses to the City's RTAs and are reviewing them. To confirm, are Plaintiffs standing firm on all other issues the City raised with regard to Plaintiffs' discovery responses?

As for the City's discovery responses, we continue to work through and analyze the proposals Plaintiffs made in Mr. Geiger's email on January 30. Our view is that both parties will benefit from an additional meet and confer, particularly to address Plaintiffs' January 30 proposals. We propose the following: (1) counsel for the parties to meet and confer on either February 14 (we are generally available that day) or February 15 (before 11:30 or after 3:45); and (2) to allow the time necessary to continue to work through these issues, the parties jointly seek an extension from the Court for any motions to compel to be filed by February 27.

Regards,
Matt