# EXHIBIT G

| Employee | Date | Program | Notes |
|---|---|---|---|
| Blanco, David | 10/11/2009 | Marathon | Regular day off for Blanco; no regular shift worked; received Rank Credit. |
| Slavin, Scott | 10/11/2009 | Marathon | Regular day off for Slavin; no regular shift worked; received Rank Credit. |
| Braithwaite, Kelly | 12/26/2009 | Safe City | Worked regular shift and received Rank Credit; also worked 8 hours in Safe City on this day. |
| Blanco, David | 10/10/2010 | Marathon | Regular day off for Blanco; no regular shift worked; received Rank Credit. |
| Koplitz, Donald | 1/20/2011 | Transit Surge Initiative | Worked regular shift and received Rank Credit; also worked 8 hours in Transit Surge Initiative on this day. |
| Koplitz, Donald | 5/27/2011 | Safe City | It is not clear exactly what numbers in the T/A for this date mean. It appears that Koplitz worked 8 hours in Safe City on this date, which was his regular day off, and he received Rank Credit. |
| Koplitz, Donald | 9/30/2011 | Safe City | Worked regular shift and received Rank Credit; also worked 8 hours in Safe City on this day. |
| Johnson, Kevin | 6/11/2012 | Transit Surge Initiative | Worked regular shift and received Rank Credit; also worked 8 hours in Transit Surge Initiative on this day. |
| Johnson, Dwayne | 10/4/2014 | VRI | Regular day off for Johnson; no regular shift worked; received Rank Credit. |
| Reynolds, Gregory | 10/12/2014 | Marathon | Regular day off for Reynolds; no regular shift worked; received Rank Credit. |
| Johnson, Dwayne | 2/1/2015 | VRI | Regular day off for Johnson; no regular shift worked; received Rank Credit. |
| Johnson, Dwayne | 2/21/2015 | VRI | Regular day off for Johnson; no regular shift worked; received Rank Credit. |
| Johnson, Dwayne | 2/6/2016 | VRI | Regular day off for Johnson; no regular shift worked; received Rank Credit. |
| Giglio, Robert | 8/26/2016 | VRI Supplemental | Regular day off for Giglio; no regular shift worked; received Rank Credit. |
| Gartner, John | 3/30/2017 | VRI Supplemental | Regular day off for Gartner; no regular shift worked; received Rank Credit. |
| Giglio, Robert | 5/25/2019 | VRI | Regular day off for Giglio; no regular shift worked; received Rank Credit. |
| Giglio, Robert | 5/31/2019 | VRI | Regular day off for Giglio; no regular shift worked; received Rank Credit. |
| Simon, Daniel | 7/25/2015, 10/11/2015, 2/8/2016, 4/14/2016, 7/31/2016 and many other dates. | VRI or VRI Supplemental | Worked regular shift and received Rank Credit; also worked 8 hours in VRI on this day. |